UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                 Case No. 03-CR-0231

KEVIN GUYETTE,

        Defendant.

## ORDER DISCHARGING SUPERVISED RELEASE

Defendant Guyette was charged and convicted of one count of distributing child pornography in violation of 18 U.S.C. § 2252(a)(1). He was sentenced to forty-six months in prison, followed by three years of supervised release. He completed the prison term and supervised release commenced on June 28, 2007. The case is now before me on Guyette's motion for early termination of his supervised release.

In the two years that Guyette has been on supervised release, he has complied with all of the conditions. He has paid the special assessment and the fine imposed by the court in full while he was in prison. He cooperated in the collection of DNA and has provided access to financial information requested by his agent. He has also participated in sex offender mental health assessment and treatment and the treatment provider indicates that he has been cooperative and compliant in all phases. There is no credible evidence that he has wilfully committed any violations, and he has no prior record. He is working full time and is self supporting. The defendant has no history of violence and, importantly, no history of any contact offenses involving

children or adults. On review of the presentence report, the defendant explained his conduct as having been motivated by curiosity that began when he was a juvenile, there is no evidence of any deep ceded psychiatric illness that would suggest a propensity to re-engage in such behavior. Although a polygraph raised concerns over the truthfulness of his response to a question concerning access to the Internet, I am satisfied that the explanation given by the defendant is plausible and find no basis to conclude that he has violated the conditions of his supervision. Finding that the defendant has met the goals of supervision and has fully complied with the conditions of his supervision, I hereby order that supervision be terminated forthwith.

**SO ORDERED** this   24th   day of August, 2009.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge